# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4399

_____

MARCELO AUGUSTO ALVES,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections, et al.,

Appellees.

_____

On appeal from the Circuit Court for Taylor County.
Gregory S. Parker, Judge.

February 5, 2019

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marcelo Augusto Alves, pro se, Appellant.

Ashley B. Moody, Attorney General, Kenneth S. Steely, General Counsel, Sheron Wells, Assistant General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee Department of Corrections.